WILLIAM H. JAMESON, Appellant, *v.* THE BROOKLYN SKATING RINK ASSOCIATION, Respondent.

(Argued June 19, 1873; decided September term, 1873.)

THIS was an action tried by a jury. A motion for a new trial was made on the judge's minutes and denied, and the appeal from order and judgment both were reversed by the General Term and new trial granted. *Held,* that as the questions of fact were before the General Term, and as the rule that in such case an order of reversal and new trial will be presumed to be founded on the facts, and so cannot be reviewed here, has been so long and well established, and it not appearing that the General Term erred if it granted the new trial upon questions of law, it was proper, instead of dismissing the appeal, to give judgment absolute under the appellant's stipulation, and judgment was ordered accordingly.

*John S. Washburn* for the appellant.

*Edgar M. Cullen* for the respondent.

EARL, C., reads for affirmance, and judgment absolute against plaintiff.

All concur.

Order affirmed, and judgment accordingly.